**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MERCIS, B.V., | |
| Plaintiff, | Case No. 24-cv-5853 |
| v. | **Judge Sara L. Ellis** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al., | **Magistrate Judge Young B. Kim** |
| Defendants. | |

## PRELIMINARY INJUNCTION ORDER

Plaintiff MERCIS, B.V. ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered July 18, 2024, [Dkt. Nos. 35, 36] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyrights (the "MIFFY Trademarks and Copyrights") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the MIFFY Trademarks and Copyrights. *See* Docket Nos.[13-32], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the MIFFY Trademarks and Copyrights.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the MIFFY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to

2

use any of the MIFFY Trademarks, and (3) Defendants' use of the MIFFY Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the MIFFY Trademarks and Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the MIFFY Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MIFFY product or not authorized by Plaintiff to be sold in connection with the MIFFY Trademarks and Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MIFFY product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the MIFFY Trademarks and Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

3

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the MIFFY Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4.  Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Alipay, Shopify, and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide

to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Shopify, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the MIFFY Trademarks and Copyrights.

6.  Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, , andShopify, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit [3] to the Declaration of Frank Padberg, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.  Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit [3] to the Declaration of Frank Padberg and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Bei Lu Bathroom Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Schedule A to the Pleading(s) [Dkt. No. 8], Exhibit [X] to the Declaration of Frank Padberg [Dkt. Nos. 13-32], and the TRO [Dkt. No. 36] are unsealed.

9.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10.     The $10,000 (ten thousand dollar) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Sara L. Ellis
United States District Judge

Dated: August 14, 2024

**Schedule A**

| No. | Defendant Name / Alias |
| --- | --- |
| 1 | Bei Lu Bathroom Store |
| 2 | Fools Fortune Store |
| 3 | LvB Dolls Store |
| 4 | PurpleCLH666 Store |
| 5 | Shop4663082 Store |
| 6 | Xi Mei Commerce Store |
| 7 | Yby Manufacturer Dolls Store |
| 8 | YZT Global Store Store |
| 9 | Anhui Kemo Home Furnishings Co., Ltd. |
| 10 | Anhui Magic Industry Co., Ltd. |
| 11 | Baoding Treasure Beauty Trading Co., Ltd. |
| 12 | Gansu Ximenger Trading Co., Ltd. |
| 13 | Guangzhou Binze Leather Products Co., Ltd. |
| 14 | Hangzhou Initi Imp&exp Co., Ltd. |
| 15 | Hefei Luyisheng Box and Bag Co., Ltd |
| 16 | Sanming Ninghua Shenghong Trading Firm |
| 17 | Shangmeng (Guangzhou) E-Commerce Co., Ltd. |
| 18 | Shenzhen Dayu Clothing Co., Ltd. |
| 19 | Shenzhen Huachuang Zhilian Technology Co., Ltd. |
| 20 | Shenzhen Jinxiu Anxuan Technology Co., Ltd. |
| 21 | Wenzhou Xuanang Bag Co., Ltd. |
| 22 | Xiamen Zongshuo E-Commerce Co., Ltd. |
| 23 | Yiwu Jiushu Luggage Co., Ltd. |
| 24 | Yiwu Panneng E-Commerce Firm |
| 25 | Yiwu Peiheng Luggage Co., Ltd. |
| 26 | Yiwu Shunyu E-Commerce Co., Ltd. |
| 27 | Yiwu Spring-Bag Co., Ltd. |
| 28 | Yiwu Xtry Commodity Factory |
| 29 | Yiwu Xunyi E-Commerce Co., Ltd. |
| 30 | 868 baby Store |
| 31 | B-baby Store |
| 32 | Baby Handmade DIY Accessories Store |
| 33 | Baby Mummy Go Store |
| 34 | Baby ToySuppliers Store |
| 35 | Baby-Toy World Store |
| 36 | BADIMAN Women Bags Store |
| 37 | Bagggg Store |
| 38 | Bajoy Store |
| 39 | Belle Daily Baby Store |
| 40 | BKy Dolls Store |
| 41 | Campure 2882 Store Store |
| 42 | CarToy Store |

| 43 | Children Anime Peripherals Store |
|----|--------------------------------|
| 44 | Children's interesting world Store |
| 45 | Daily Homewear Store |
| 46 | Dubeyi boutique Store |
| 47 | EMPMOKEY NO-1 Store |
| 48 | Fascinating Baby Store |
| 49 | Fealty Soul Store |
| 50 | GatoVerdePets Store |
| 51 | Go Go Baby Store |
| 52 | Good can dropshipping Store |
| 53 | GRHO DIY Accessories Store |
| 54 | GRHO Newlife0214 Store |
| 55 | GSG Life Store |
| 56 | Ha-Ha Kids Store Store |
| 57 | Happy Baby Boutique Store |
| 58 | HAYANA KIDS Store |
| 59 | Home of Pet Accessories Store |
| 60 | HOME Store |
| 61 | Home Tool LY Store |
| 62 | IdealHomefurnishings Store |
| 63 | Jiajing Jewelry Store |
| 64 | Jinx Outlet Store |
| 65 | JULY BAG Store |
| 66 | JX985 Store |
| 67 | laowu's toy Store |
| 68 | Lastcat Store |
| 69 | LINSHURU Store |
| 70 | Lolit Accessories Store |
| 71 | Macwave Stylish Store |
| 72 | Make Fan co.,ltd Store |
| 73 | Mechanical toy store Store |
| 74 | Moegirl Maternity Baby Store |
| 75 | Momlover Official Store |
| 76 | MyLittle Store |
| 77 | NIDHOGG Store |
| 78 | PAIDITU Children Store |
| 79 | pb Peggybuy Store |
| 80 | Pi-kachu Anime Figure Store |
| 81 | Pistachio baby Store |
| 82 | Pure Soul Store |
| 83 | Sanrio Pokémon Anime Stickers Store |
| 84 | Senxiu Creative Store |
| 85 | Shop1102754014 Store |
| 86 | Shop1102907711 Store |

| 87 | Shop1102925714 Store |
|-----|-----|
| 88 | Shop1102935111 Store |
| 89 | Shop1103276636 Store |
| 90 | Shop1103430311 Store |
| 91 | Shop1103434244 Store |
| 92 | Shop1103457059 Store |
| 93 | Shop1103457127 Store |
| 94 | Shop1103460127 Store |
| 95 | Shop1103507307 Store |
| 96 | Shop1103604993 Store |
| 97 | Shop5005503 Store |
| 98 | Shop910744158 Store |
| 99 | Song of Silk Official Store |
| 100 | Soooon Store |
| 101 | star moon Store |
| 102 | Su Man Store |
| 103 | SUPEHOMES HOME Store |
| 104 | Supower New Star Daily Products Shop Store |
| 105 | Syy668 Dolls Store |
| 106 | The Darling Of Heaven Store |
| 107 | Three Little Pigs Anime Peripheral Store |
| 108 | Umikk Official Store |
| 109 | Warm Kitty Baby Store |
| 110 | Wonderful Bag Store |
| 111 | XSLING Bag Store |
| 112 | YEETEM Store |
| 113 | ZHENSHU FASHION SAN Store |
| 114 | Zhenyi Six Store |
| 115 | Zhenyi Three Store |
| 116 | ZILING Store |
| 117 | Anhui Twinkle Tourist Articles Co., Ltd. |
| 118 | Anhui Yunzuo Technology Co., Ltd. |
| 119 | Baoding Boka trading Co., LTD |
| 120 | Baoding Mianhuatang Gauze Manufacturing Co., Ltd. |
| 121 | Changshu Qunying Import And Export Trade Development Co., Ltd. |
| 122 | Dongguan Topgood Handbag Leather Co., Ltd. |
| 123 | Dongguan Yucai Apparel Co., Ltd. |
| 124 | Foshan Nanhai District Yipohong Trading Firm (individual Business) |
| 125 | Foshan Taofengyuan Technology Ltd. |
| 126 | Fu'an Mingzheng Industry And Trade Co., Ltd. |
| 127 | Fuzhou Liangmei Import And Export Co., Ltd. |
| 128 | Guangzhou Chuangyimei Industry And Trade Co., Ltd. |
| 129 | Guangzhou Jixian Trading Co., Ltd. |
| 130 | Guangzhou Xiangjie Luggage Products Co., Ltd. |

| | |
|---|---|
| 131 | Guangzhou Yangxi Technology Co., Ltd. |
| 132 | Hangzhou Hellomoon Trading Co., Ltd. |
| 133 | Hangzhou Xinyiyong Trade Co.,Ltd |
| 134 | Hebei Juanzhi New Material Technology Co., Ltd. |
| 135 | Hefei Ming'en Trading Co., Ltd. |
| 136 | Henan Beizhi'ai Clothing Co., Ltd. |
| 137 | Henan Realme Industry Co., Ltd. |
| 138 | Henan Shengbei Industrial Co., Ltd. |
| 139 | Jiangxi Qianhe Maternal And Child Products Co., Ltd. |
| 140 | Kunshan Zhongru Pet Products Co.,Ltd |
| 141 | Lanxi J-Lin Clothing Textile Co., Ltd. |
| 142 | Linhai Newlanston Arts And Crafts Co., Ltd. |
| 143 | Lixian Weehao Towel Factory |
| 144 | Longgang Xiangfu Arts And Crafts Co., Ltd. |
| 145 | Nanning Gouster Trading Co., Ltd. |
| 146 | Nantong Junxiu Textile Co., Ltd. |
| 147 | Ningbo Bisenly International Trade Co., Ltd. |
| 148 | Ningbo Zhichen Trading Co., Ltd. |
| 149 | Qingdao Claw Printing And Partner International Trade Co., Ltd. |
| 150 | Quanzhou Bolisi Trading Co., Ltd. |
| 151 | Quzhou Yongpan Trade Co., Ltd. |
| 152 | Shandong Sky Imp& Exp Co., Ltd. |
| 153 | Shanghai Chenming Network Technology Co., Ltd. |
| 154 | Shanghai Transcolor Co., Ltd. |
| 155 | Shantou Longhu Tianmili Wool Weaving Factory |
| 156 | Shantou Nanshen Crafts Industry Co., Ltd. |
| 157 | Shaoxing Disen Textile Co.,ltd |
| 158 | Shaoxing Edi Textile Co., Ltd. |
| 159 | Shaoxing Fonjon Textile Co., Ltd. |
| 160 | Shaoxing Jeerayfun Textile Co., Ltd. |
| 161 | Shaoxing Suerte Textile Co., Ltd. |
| 162 | Shenzhen D-Jeesian Bags Co., Ltd. |
| 163 | Shenzhen Haoyue Industry Co., Ltd. |
| 164 | Shenzhen Qiancheng E-Commerce Co., Ltd. |
| 165 | Shenzhen Xuancai Mofang Technology Co., Ltd. |
| 166 | Sichuan Lilalila Luggage Co., Ltd. |
| 167 | Suzhou Jueying Textile Co., Ltd. |
| 168 | Wenzhou Hengji Packing Co., Ltd. |
| 169 | Wenzhou Zhonggao Crafts & Gifts Co., Ltd. |
| 170 | Wuhan Bossxiao Packaging Co.,Ltd |
| 171 | Wuxi Lantian Textiles Co., Ltd. |
| 172 | Xiamen Packrich Imp. And Exp. Co., Ltd. |
| 173 | Yiwu Ali Toy Co., Ltd. |
| 174 | Yiwu Baili Import & Export Co., Ltd. |

| 175 | Yiwu Boge Luggage&Bag Co., Ltd. |
|-----|-----|
| 176 | Yiwu Dizhifei Trading Co., Ltd. |
| 177 | Yiwu Geofair Import & Export Co., Ltd. |
| 178 | Yiwu Huanwu Home Furnishings Co., Ltd. |
| 179 | Yiwu Jiandie Trading Co., Ltd. |
| 180 | Yiwu Jiaze Luggage Co., Ltd. |
| 181 | Yiwu Kawayi Clothing Co., LTD |
| 182 | Yiwu Mistyler Garment Co., Ltd. |
| 183 | Yiwu Speedbag Co., Ltd. |
| 184 | Yiwu Xingtu Luggage Co., Ltd. |
| 185 | Yiwu Xinming Trading Co., LTD |
| 186 | Yiwu Yadolce Garment Co., Ltd. |
| 187 | Yiyang Beishufu Trading Co., Ltd. |
| 188 | Zhengzhou Kaizerui New Material Co., Ltd. |
| 189 | durunaru |
| 190 | loveczerynne |
| 191 | maximaison |
| 192 | Momo Bunni |
| 193 | NOVUDORM |
| 194 | bluecoconut |
| 195 | BUNNYGO |
| 196 | FANCCY |
| 197 | Getaholic |
| 198 | HISWAN |
| 199 | PAW-EVER |
| 200 | petit-bazaar |
| 201 | swagshirts99 |
| 202 | WERONE |